IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| IN RE:<br>JOSÉ A. TORRES PÉREZ<br><br>AIDA I. BORGES ALVARADO<br><br>Petitioner | CASE NO. 11-00627 (ESL)<br><br>CHAPTER 13 |
|---|---|

NOTICE OF APPEARANCE

TO THE HONORABLE COURT:

COMES NOW creditor Puerto Rico Farm Credit, ACA, through its undersigned attorney and respectfully states and prays:

1. Creditor Puerto Rico Farm Credit, ACA ("PRFC") has retained the services of the undersigned attorney to represent it in all pending proceedings in the above captioned case. The undersigned attorney, pursuant to Federal Rule of Bankruptcy Procedure 9010 (b), hereby enters its appearance as attorney for PRFC with regard to all matters and proceedings in the above-captioned case. The office address, telephone number and fax of the undersigned attorney are stated below.

2. Pursuant to the Federal Rules of Bankruptcy, the appearing party hereby requests that its address be added to the master address list and that all notices, plans, disclosure statements filed by any party that are required to be given or filed under said Rules, be duly served upon PRFC through its undersigned attorney using the CM/ECF system.

WHEREFORE, it is respectfully requested that this Honorable Court take notice of the legal representation of creditor Puerto Rico Farm Credit, ACA and order all the parties

herein to notify copy of all notices, plans, disclosure statements or any other documents filed in the case through its undersigned attorney.

**CERTIFICATE OF SERVICE**: I hereby certify that on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all those parties in this case that have registered for receipt of notice by electronic mail.

At San Juan, Puerto Rico, this 9th day of March, 2011.

Carlos C. Santiago González
P.O. Box 195315
San Juan, PR 00919-5315
Tel: (787) 764-4387, 771-9666
Fax: (787) 764-4387

S/ CARLOS C. SANTIAGO GONZÁLEZ
Attorney Number: 126904